467 A.2d 64

Commonwealth v. Logan, Appellant.

Submitted June 23, 1983. Daniel M. Preminger, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The denial of the P.C.H.A. petition is affirmed.

467 A.2d 65

Commonwealth v. Lyons, Appellant.

Argued May 3, 1983. Frank H. Morgan, Jr., for appellant; Dennis Craig McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

Judgment of sentence affirmed.